**United States District Court**
For the Northern District of California

1

2

3                                                    **\*E-Filed 4/7/09\***

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

11   ANGELITA MANGINDIN, et al.,                    No. 5:09 CV 1268 JW (RS)

12              Plaintiffs,

13        v.                                        **ORDER OF RECUSAL**
                                                    **RE:   REFERRED MATTERS**
14

     WASHINGTON MUTUAL BANK, et al.,
15
                Defendants.
16   _____/

17        I hereby recuse myself from hearing or determining any matters which have been referred to

18   me as Magistrate Judge in the above-entitled action.  The Clerk of Court shall reassign the referred

19   matters in this case to another Magistrate Judge.

20        IT IS SO ORDERED.

21

22   Dated:  April 7, 2009

23                                                  _____
                                                    RICHARD SEEBORG
24                                                  United States Magistrate Judge

25

26

27

28