IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Angelita Mangindin, et al., | NO. C 09-01268 JW |
|        Plaintiffs,<br>  v.<br>Washington Mutual Bank, et al.,<br>       Defendants. | **ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

On May 18, 2009, the parties are scheduled to appear for a hearing on Plaintiffs' Motion for Preliminary Injunction. (See Docket Item No. 13.)  Having reviewed the case docket in preparation for the May 18, 2009 hearing, the Court notes that Defendants have noticed a Motion to Dismiss, which is to be heard on June 22, 2009.  The Court finds that the interests of judicial economy weigh in favor of combining the hearings on the Motion for Preliminary Injunction and Motion to Dismiss. The Court also notes that, according to Motion for Preliminary Injunction, Plaintiffs' property was scheduled to be sold in a Trustee's Sale on May 4, 2009.  (See Docket Item No. 11.)  Since adverse action may have already been taken with respect to the property at issue, the Court sees no prejudice to Plaintiffs in delaying the Preliminary Injunction hearing.

Accordingly, the May 18, 2009 hearing on Plaintiffs' Motion for Preliminary Injunction is continued to **June 22, 2009 at 9 a.m.** to coincide with a hearing on Defendants' Motion to Dismiss.

Dated: May 13, 2009

                                                  JAMES WARE<br>
                                                  United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David C. Scott dscott@mccarthyholthus.com
James Michael Hester jhester@mccarthyholthus.com
Matthew Edward Podmenik lrodriguez@mccarthyholthus.com
Reuben Lagbao Nocos rlnocos@nocoslaw.com

**Dated: May 13, 2009**  **Richard W. Wieking, Clerk**

 **By:   /s/ JW Chambers**
 **Elizabeth Garcia**
 **Courtroom Deputy**